# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

IN RE:

ELIANA CASTRO

CASE NO: 22-43195

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/28/2023, I did cause a copy of the following documents, described below,

Modified Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/28/2023

/s/ Scott J. Goldstein
Scott J. Goldstein  016472004

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834
973 453 2838
sjg@sgoldsteinlaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

IN RE:

ELIANA CASTRO

CASE NO: 22-43195

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 8/28/2023, a copy of the following documents, described below,

Modified Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

FIRST CLASS

US DEPT OF EDUCATION GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON  DC 20202

FIRST CLASS

US ATTORNEY S OFFICE  EDNY
ATTN  SEAN SEAN P GREENEDELGADO CHIEF
OF BANKRUPTCY LITIGATION
271-A CADMAN PLAZA E 7TH FL
BROOKLYN NY 11201

FIRST CLASS

US ATTORNEY S OFFICE  EDNY
CIVIL DIVISION BANKRUPTCY PROCESSING
271-A CADMAN PLAZA E 7TH FL
BROOKLYN NY 11201

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-43195
EASTERN DISTRICT OF NEW YORK
MON AUG 28 9-55-42 PST 2023

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY BROOKLYN
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN  ROOM 510
NEW YORK  NY 10004-1415

EXCLUDE

~~1~~
~~271C CADMAN PLAZA EAST  SUITE 1595~~
~~BROOKLYN  NY 11201-1800~~

AIDVANTAGE ON BEHALF OF
DEPARTMENT OF EDUCATION LOAN SERVICES
PO BOX 300001
GREENVILLE TX 75403-3001

CAPITAL ONE AUTO FINANCE  A DIVISION C
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPI
PO BOX 4360
HOUSTON  TX 77210-4360

DEPT OF EDAIDVANTAGE
1891 METRO CENTER DR
RESTON  VA 20190-5287

PINNACLE SERVICE SOLUTIONS LLC
4408 MILESTRIP RD 247
BLASDELL  NY 14219-2553

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS  TX 75356-0284

SANTANDER CONSUMER USA
3000 KELLWAY DRIVE STE 120
CARROLLTON  TX 75006-3356

STEWART  ZLIMEN  JUNGERS  LTD
ATTN  BRADLEY HALBERSTADT  ESQ
2860 PATTON RD
SAINT PAUL  MN 55113-1100

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY
TBTA TOLL GROUP
2 BROADWAY  24TH FLOOR
NEW YORK  NY 10004-2207

ZHI FANG
8607 RANGE STREET
QUEENS VILLAGE  NY 11427-2721

DEBTOR

ELIANA CASTRO
8607 RANGE STREET 1ST FL
QUEENS VILLAGE  NY 11427-2721

KRISTA M PREUSS
KRISTA M PREUSS  CHAPTER 13 TRUSTEE
100 JERICHO QUADRANGLE
STE 127
JERICHO  NY 11753-2702

SCOTT J GOLDSTEIN
LAW OFFICES OF SCOTT J GOLDSTEIN  LLC
280 WEST MAIN STREET
DENVILLE  NJ 07834-1233